FILED

07/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0343



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0343

DANEIL PERL, SANDRA PERL, Individually and as Trustees and Settlors of the D. & S. Perl Family Trust Dated August 24, 1998,

      Plaintiffs and Appellants,

    v.

CHRISTOPHER GRANT, Individually and as Trustee and Settlor of the Grant Revocable Trust Dated July 18, 2098, the Grant Revocable Trust Dated July 18, 2008 and GRANT CONSTRUCTION, LLP,

      Defendants and Appellees.

_____

CHRISTOPHER GRANT, Individually and as Trustee and Settlor of the Grant Revocable Trust Dated July 18, 2098, the Grant Revocable Trust Dated July 18, 2008 and GRANT CONSTRUCTION, LLP,

      Third Party Plaintiffs,

    v.

GENERAL ONE, INC.; W.I.N. CONSTRUCTION, INC., MONTANA INSULATION CONTRACTORS, INC.; RILEY LANDSCAPE CONSTRUCTION, and JOHN DOES 1-5,

      Third Party Defendants.

**ORDER OF MEDIATOR APPOINTMENT**

    This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

    IT IS ORDERED THAT **Vanessa M. Ceravolo, Esq.,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals

which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this July 19, 2022.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:      Kenneth K. Lay, Danielle A.R. Coffman, James Robert Zadick, Vanessa M. Ceravolo, Esq.